# United States Court of Appeals for the Federal Circuit

May 25, 2005

ERRATA

Appeal No. 03-5131, -5145

WESTFED HOLDINGS v. UNITED STATES

Decided: May 12, 2005                    Precedential Opinion

Please make the following change:

On page 25, line 9, replace "$10 million" with --$3.1 million--